# Exhibit B

# Jennifer's weight Loss, Jennifer's Fat Loss blog

Home

### About Me

Hi! I'm Jennifer Fisher from San Francisco, CA and I have an amazing weight loss story that you need to read! I am not a crazy gym rat, or some wealthy celebrity who can afford to dish out an arm and a leg for personal trainers and dietitians. No instead I'm just a wife and mom who stumbled upon this miraculous system that worked better than I had ever imagined!

### "Dynamic Duo" Free Trials

Step 1: Acai X3
Step 2: Acai NutraBurst

### Acai NutraBurst With Dr.Oz:



Dr. Mehmet Oz on the Oprah Show: "I mean, their bodies are screaming to them," Dr. Oz says of Susan and Maureen's health. "'Help me. Help me.' Their colon is saying, 'I need cleansing.' And they're not processing it. We are the best health educated society in the history of mankind but we don't take information and use it to motivate us to change our behavior"

### Acai Berry on CBS News:



"Acai berries are among the most nutritious foods of the

## Even with my chaotic life I lost 48 lbs using this amazing system!

**By: Jennifer Fisher**

Let me start off with introducing myself and my family. I have been married to my wonderful husband Jason for 17 years, and we have 3 beautiful children. Our oldest Jessica, is 14 and participates in a club soccer league. Matthew, who's 11, is the pitcher for his little league team, and our youngest Ashley just got the lead in her school play! And while my results are not typical, using the products below, along with a healthy regimen of diet and exercise, have lead to dramatic results for me.

I am so proud of all of them, but needless to say having three children who all participate in different activities can get pretty hectic. My husband and I actually have to write out schedules of when and where the kids need to be so we don't forget anything! With all this commotion going on I was surprised that I was able to find a weight loss system that actually worked!

 

So that's me on the left, at my heaviest, right before I learned about this miracle system. After using Acai X3 and Acai NutraBurst, the pounds started melting away! You can try both these products for free, just like I did, but there's a catch! You have to order before July 30, 2009 to get them for free. So why wait? Get them before you have to pay!

**How I managed to put on the pounds in the first place.**

I was never a tall skinny super model, but I was definitely fit. When I first met my husband I weighed 123lbs, and I felt like I was in the best shape of my life. After Jessica was born, I gained about 13lbs, but I managed to drop the weight especially during her terrible twos because I was chasing after her all over the house!

Soon after I dropped the baby weight I got pregnant again. I gained more weight, but this time wasn't able to drop it all before we decided for a third. After having three children I managed to gain 48 lbs! I love my children, and they have definitely added more meaning to my life, but I also wanted my body slightly back to where it was.

Before my dramatic change, I weighed 171lbs, and did not feel like I was in the right body. I started having really low self-esteem, and stopped going out with friends. This wasn't like me, so I decided I needed to go on a diet. I tried all the "wonder diets" like Atkins, South-Beach, Slim Fast, Nutra-System, but none of then seemed to work. I subscribed to weight loss magazines too, but still got no long term results.

Sure, I'd lose 5-10 pounds here and there but they never stayed off. It was extremely annoying to feel like I was losing weight only to gain it back within a few weeks. The worst part was that I got so depressed I stopped trying and added on more weight! Finally, the heaviest I had ever gotten was to 186lbs and I felt like a complete stranger in my own body.

Amazon, rich in B vitamins, minerals, fiber, protein and omega-3 fatty acids. Acai berries also contain oleic acid (omega-9), a beneficial fatty acid."

**Acai Berry on Rachael Ray:**



Rachael Ray Show: "It may seem odd to start this list of superfoods with one you've likely never even heard of. But studies have shown that this little berry is one of the most nutritious and powerful foods in the world! Acai (ah-sigh-ee) is the high-energy berry of a special Amazon palm tree. Harvested in the rainforests of Brazil, acai tastes like a vibrant blend of berries and chocolate. Hidden within its royal purple pigment is the magic that makes it nature's perfect energy fruit. Acai is packed full of anti-oxidants, amino acids and essential fatty acids."

**6 Healthy Tips I Have learned:**

1. Portion control! There is no reason to pile food on your plate! Just take a reasonable amount, and you should be good! Overeating has always been a huge problem!

2. Eat slowly. I know when you are really hungry that can be hard, but if you take time and chew everything slowly, you are less likely to overeat. How crazy is that? Just slow down, and enjoy the food.

3. If you don't like the food, don't eat it. I know that sounds silly, but we tend to just eat whatever is in front of us, whenever it is there. But if you only eat what you really like, that will also cut down on your food intake.

4. Don't park close to the store. I know everyone wants the "prime" parking places, but it won't kill you

It's not like I was lazy and didn't move around. Truth is my life was so crazy I had no time to exercise! From taking kids to and from school and activities, working at a desk job, and just all my other household duties, by the time I would even think about going to the gym, I was so exhausted from the day.

I was not lazy, I did not just sit around and eat all day. I had an extremely jam-packed life that had no time in it for gym sessions. I tried the diets, and there was nothing in them for me. I thought that this is just going to be how I will look forever, until I saw a TV show that essentially changed my life.

**A TV show changed my life!**

On the Oprah Show, Dr. Mehmet Oz (most people know him simply as Dr. Oz) was on talking about a new superfood called Acai berry. This Doctor actually is pretty reliable as he is the vice-chair and professor of surgery at Columbia University. He has authored over 400 original publications, medical books, and journals. And also I don't think that Oprah would tarnish her good name by having someone on her show who didn't know what he was talking about.

I new this was not one of the "too good to be true" products. Anyway, Dr. Oz explained that Acai berry, originally found in the Amazon Rainforest, is more potent, and powerful that red wine or pomegranates. And now they have developed all the nutrients inside those berries into easy to take supplements. **The amazing thing about Acai is that, not only is it healthy, but it helps to lose weight by raising energy levels and reducing hunger!**

Not only was **Acai** featured on Oprah, but I started seeing stories about this wonder berry on ABC, CNN, CBS, the Wall Street Journal, and even Rachel Ray used it, and you can definitely see the difference!

Soon after, I saw Dr. Oz on another show talking about another breakthrough in the weight loss realm. He was explaining how your colon can keep years worth of gunk in it trapping in lots of nasty toxins that can be extremely unhealthy for you. He explained that using a Acai NutraBurst product is a perfect way to get rid of that gunk, and can also help boost weight loss, because it flushes out all those unwanted toxins.

It sounds pretty gross, but this gunk is basically a thick tar-like slime that gets stuck to the walls of your colon, and leads to those extra pounds especially found in your midsection. Just like Acai, there are products that come in a supplement form that can naturally clean out your colon and get rid of all that gunk.

Dr. Oz says that no matter how much exercising you do, you will never get to your optimal weight because your body will still have those toxins in you. By taking the right supplements to cleanse and energize your body you will be able to get on the weight loss fast track. I figured that the reason I could never keep a diet going is because I did not take all the steps needed for weight loss. **Dr. Oz explained that cleansing your body from all the slime would automatically drop pounds fast that diet or exercise would never be able to do.**

I knew that I could trust Oprah and Dr. Oz and even all those news stories I heard, because they do not own the product or are trying to make profit off of it, they are just trying to inform the public. There are fabulous health benefits of taking Acai and Acai NutraBurst supplements, and I think we can be on our way to a healthy America because we are learning more and more about healthy weight loss.

Rachel Ray has even told the public she used this supplement and she looks incredible!

**My Fat Loss Method; Acai X3 and Acai NutraBurst**

**Acai X3** and **Acai NutraBurst** are the two products that Dr. Oz spoke about on the Oprah show. They are usually sold separately because they are completely different products. But I figured if they both do the job in different ways, I could use them together to tackle all problem areas at once! I did some of my own research on how to get these products and because I am not a rich woman, I could not afford to spend lots of money.

I searched the net and I found some great free trials to test so I could make sure they actually worked before buying them.

I still use the products I once tried for free and they continue to work wonders for me. **Acai X3** and **Acai NutraBurst** are my keys to getting back in shape.

**My simple TWO step miracle solution :**

**Step 1:**

**Acai X3** is the first product I use and is the most affective

**Acai X3** helps to:

- Fight hunger pains, causing you to not feel hungry
- Boost energy levels with the most natural vitamins and nutrients that can be found from one superfood
- Control my metabolism
- Tighten skin. Gives a boost to the natural collagen needed to keep skin cells young. I look younger because my skin, especially around my neck and face, is tightened up.

Taking one supplement in the morning and one at night did a total transformation on my body. I got a

to walk the extra few hundred feet from the car to the store.

5. Switch it up! Don't eat the same thing every week. Variety is the spice of life, and trying new things is good for your digestion as well!

6. Eat as much fresh food as possible. I know its tough sometimes, but be sure you aren't always eating packaged food. They tend to have much higher amounts of sodium and other bad things for you.

free 30-day trial of **Acai X3**, and it worked so well, I had to buy it!

**Step 2:**

Acai NutraBurst is the second step in my method.

Though Acai X3 does wonders by itself adding Acai NutraBurst to my routine gave me the total package. It helps to:

- Naturally remove the unhealthy "gunk" found stuck to the walls in my colon.
- Get rid of fat more easily throughout my whole body because of my fully cleansed colon.
- Absorb Acai X3 better due to the clean colon.
- Lose more fat and take out the unhealthy toxins that can also be found built up in the gal bladder, liver, breast tissue, and pancreas.
- Continually flush out the toxins found in the body, with this ongoing cycle. With a healthy inner body, it will show on the outside, and transform you into a younger you!
- Easily drop pounds, tighten skin, boost energy levels, and regulate mood, blood pressure, and cholesterol levels, which will all make you look and feel 10 years younger!

I also take one supplement of Acai NutraBurst in the morning and in the evening along with the Acai. This was also a free trial, and is the last part to my weight loss system.

**The results speak for themselves!**

With my free trial, I lost 31lbs! I decided to actually buy the products and am still using them today. **I have lost a total of 48lbs in three months**, since continually using these products. I am well on my way to my original weight from when I met my husband 18 years ago!

**I look and feel more revitalized.** I have more energy with my kids, my husband can't keep his hands off of me, and I feel more refreshed and young! I think I might look better than when I did in my twenties!

I wrote this blog to reach out to those who were like me, having a constant uphill battle with weight. Feeling young and healthy again has really changed my life and I hope my blog will change yours. If you were like me, always struggling with your weight, it's time to do something about it. Don't give up!

My method of combining both products worked so well for me, I know it will work for you! There's no reason not to try my method since the companies are still giving away their free trials! Just test the products out for yourselves, and I know you will fall in love with them, just like I did.

Remember! Order both Acai X3 and Acai NutraBurst for optimum results. Since both products are still offering their free trials, why wouldn't you want to make a total body transformation? Just pay the cost of shipping and handling, under $5, and be on your way to a new you!

**For a Free Bottle of Acai X3 - Click Here**
(expires July 30, 2009 )

**For a Free Bottle of Acai NutraBurst - Click Here**
(expires July 30, 2009 )

**Most Recent Comments**

Sally (December 28, 2008):
After I bought my wedding dress of course I gained a million pounds. We put the wedding back a few months because I am determined to lose at least twenty pounds. I think I really found a solution to look good at my wedding. Thanks so much!!!!

Jessica (December 29, 2008):
It's really brave of you to put this out for the public to see. You better believe I would never let anyone know what I weight right now. I really feel your pain, though. It's so hard to lose weight on those crazy diets. Which I know because I've been there.

Jennifer (December 30, 2008):
Sally, Good luck, girl, I know you can do it!

Jennifer (December 31, 2008):
Jessica, I really just want to help people who are in a place that I understand firsthand. This was really it for me, and I hope it can be for others, too.

Isis (December 31, 2008):
I heard something about a product that controlled your hunger being on Oprah. I'm so glad I know more about it now.. it's really cool that it's all natural, too.

Jeannie (December 31, 2008):
I have some baby weight to get rid of. Is this stuff safe for someone who is breast feeding?