Timothy (January 2, 2009):
My wife tried this stuff first, and since I eat what she makes we ended up doing the whole diet thing together. I got my own trial, and I ended up losing fifteen lbs the first month. We joined a gym together too, because we had so much energy and needed to do something with it!

Kelly (January 2, 2009):
This is so crazy- I can't believe you had all of that on your plate and you still managed to lose so much weight! Did the Acai and colon stuff really do all of that?

Jennifer (January 3, 2009):
Jeannie, I'm not a doctor so I couldn't say. It is all natural, but if I were you I'd check with your health professional.

Jennifer (January 3, 2009):
Kelly, the Dynamic Duo really put my life into perspective. Once I realized how great it felt to be healthy, diet in exercise fell into place. It didn't hurt that my energy levels were way up, either.

Linda (January 4, 2009):
I am really at my wits end with dieting. I thought I couldn't do it anymore, but this sounds like it could be worthwhile.

Christine (January 4, 2009):
will this really work for anyone? a teenager? my grandma? my idiot brother?

Claire (January 5, 2009):
I started the Dynamic Duo a while ago and it really changed the way I think about food and diet. I used to eat whatever I felt like, but eating well and exercising makes me feel so much better than I ever did before! Acai really tastes great, and now it's a regular staple of my diet.

Tony (January 7, 2009):
Believe it or not I've been looking for samples of this stuff for a while and couldn't find any in stock. Thanks for posting about this, Jennifer.

Jennifer (January 7, 2009):
haha Christine. My husband has been losing weight so far on the diet. So it works on guys also. I've also had comments from many older women who have been getting great results.

Jennifer (January 8, 2009):
Good luck, Linda! If I can do it, you can too!

Donna (January 8, 2009):
I like that it is all natural. And acai really is very very good for you. I'm going to try and lose as much as I can during the first 30 days!

Tanya (January 9, 2009):
Geez, Jennifer, that is so great for you! It may sound strange, but I feel proud for you. You must feel so accomplished.

Jaime (January 10, 2009):
I think I am going to get my boyfriend to do this with me. Will it be different for guys?

Jennifer (January 10, 2009):
Hi Jaime, I guess guys tend to lose weight a little easier. I know my husband is a bit of a bottomless pit who never seems to gain a pound. That's probably the only difference. And Tanya, thanks! I really worked for it!

Tina (January 10, 2009):
This sounds like it'll be perfect for what I'm planning for my New Year's resolution. That is, to lose 25 pounds! I can't wait to get started.

John (January 11, 2009):
When I started taking the Acai NutraBurst, I thought I would be in the bathroom all day or something. But, it turned out to be nothing like that. Thanks again!

Copyright © 2009. All right reserved.

\* The free trials of the Acai berry and Acai NutraBurst worked for me and for many other people, but results may vary by person. Also, keep in mind that I got free trials of the Acai Berry and Acai NutraBurst supplements for free, but there is a shipping fee and some advertisers have terms regarding continued billing after trial expires if you do not cancel. Some advertisers require trial to be canceled within fourteen days of the trial period while some other advertisers give you thirty days to cancel the free trial. Please see terms per advertiser regarding the specific amount of days required to cancel your free trial before continued billing begins. The Acai and Colon products I recommend usually retail for around eighty dollars. If you enjoy the products, simply do nothing. You will be billed at a discounted price, usually around seventy dollars at the end of the free trial period. I UNDERSTAND THAT THIS CONSUMER TRANSACTION INVOLVES A NEGATIVE OPTION AND THAT I MAY BE LIABLE FOR PAYMENT OF FUTURE GOODS AND SERVICES, UNDER THE TERMS OF THIS AGREEMENT, IF I FAIL TO NOTIFY THE SUPPLIER NOT TO SUPPLY THE GOODS OR SERVICES DESCRIBED.

Acai X3 -To help you get started, we offer a 14-day free trial of the Acai X3 with enrollment in our home delivery program. You can try Acai X3 risk free to determine for yourself if this product is right for you. When you submit your order, you agree to pay the non-refundable shipping & handling charge of $4.95 for your free trial bottle. If you find that the product is not right for you, simply call our Customer Service Center at 1-866-762-8701 or send an email to info@acainutraburst.com to cancel before the end of your 14-day trial period and you will not be charged anything else. Your 14-day trial period begins when you place your order and includes processing, shipping, and transit time. If you do not receive your free trial bottle within five (5) days of ordering, please contact our Customer Service Center at 1-866-762-8701 or by email at info@acainutraburst.com. If you do not cancel before the end of your 14-day trial period, we will ship you a 30-day supply of Acai X3 on the 15th day after you placed your order and every thirty (30) days thereafter until you choose to cancel these continuing shipments. No further notice will be sent to you. Upon shipment each thirty (30) days, we will automatically charge the credit card you used to order your free trial bottle the price of $69.99 per bottle plus $4.95 shipping & handling for a total monthly charge of $74.94 per month, plus any taxes that apply.

Bromacleanse - Details on your free 12-day trial of Bromacleanse: Customers who order this product will automatically be enrolled in a 12-day free trial of Bromacleanse and receive in the mail a full 30 day supply bottle of Bromacleanse. Your 12 day trial begins 3 days from today to allow time for shipping. After the 12 day free trial, Customers will be charged $79.95 for your initial 30 day supply unless you cancel within the12 day trial period. Customers will be billed $79.95 again 30 days from the date of sign up and each month thereafter to replenish customers supply of product on the same credit card the Customer used for the shipping and handling. The $79.95 charge will show up on credit card statements with the name DRI*Bromacleanse. The subscription will continue unless the Customer cancels. Customers may cancel at any time – even before the first shipment of the Bromacleanse and avoid incurring any financial obligation (other than shipping and handling) – by calling 877-499-6482 or online at www.verifyyourorder.com, or by writing to Bromacleanse, Bromacleanse P.O. Box 2818-BRCL Riverton, Ut 84065. If consumers cancel at any time during the 12 day free trial they may keep the first bottle of Bromacleanse. Applicable Local Sales Tax will be added for following states CO, GA, IL, IA, MN, NE, UT

1. Results are not typical and will vary from person to person.
2. Celebrities neither endorse nor sponsor any of the products and/or services on this website.
3. jennifer-weight-loss.com is not affiliated in any way with AOL Health, CNN.com, USA Today, Web MD, 60 Mintues, FOX news, Dr. Oz, CBS New, Rachael Ray or ABC and is a registered trademark of their respective owners.




# Cindys Weight Loss
My Personal Weight Loss Journey

## A Simple & Effective Weightloss Secret

Hey there,

Let's cut to the chase. I don't know if anyone will ever read this blog but on the off chance that someone does I would love to tell you about my secret formula to massive weight loss.

By simply combining **Acai Berry Detox** and **Nature Colon Detox** I was able to **lose almost 47 pounds in 12 weeks**. (Seriously.)

Read on my full story that will probably sound a lot like your own…

First off let me tell you a little about myself: I'm not a fashion designer, diva, super model, or actress. I'm simply a busy mom who has three very active kids aged eleven, nine, and seven.

With all the kids activities it's hard to figure out when to schedule time for your thirty minute power walk, thirty minutes of stretching, and ten minutes of weights every day. (How do these fitness guru's expect you to do all that anyway?)

All I wanted was something easy, like what the celebs use, that will help me lose large amounts of weight easily. And that's exactly what I found.




Yup, that's me. I was pretty darn big.

Like so many women I didn't think I was really that fat. Every time I looked in the mirror I saw my self as some "hot mama" just like I did when I was in my 20's. I always thought I could turn heads no matter what my weight was. But that all changed on a chilly Thursday afternoon…

While grocery shopping I picked up a bag of chips. A young boy, probably five, and his mother went by with their cart. The boy quickly asked if he could have some chips too. To which the mother said, "No, eating chips will make you as big as that lady."

Can you imagine? I doubt she intended for me to hear that; but how cruel is that to say anyway?! I held in my tears until I got home and I quickly started balling. This is when I realized how far I let myself go. It seemed like just yesterday I was skinny and had a great body. But now I was fat and had no body at all.

Just like most upset women I grabbed a tub of ice cream, sat on the couch, and tuned on Oprah.

She had one of my favorite guests on, Dr. Oz, and he was talking about the amazing benefits of this new wonder

---

### Sidebar



Subscribe via feeds
Subscribe via email

28259 readers
BY FEEDBURNER

### About Me

Hi, my name is Cindy Johnson, and this is my personal blog, that I started to inspire other women like me who have suffered from weight problems, and just cannot get rid of it. I hope my story inspires atleast 1 person to take action and lose the unwanted weight.

**Step 1:**

First get **Acai Berry Detox**:

Shipping cost for free trial is $3.95. Use Coupon Code **SAVE1** (USA Only - *International Visitors use coupon code PRIVATE*) for a discounted shipping of only $0.99. This coupon expires on *December 03, 2009*

**Step 2*:**

Then get **Nature Colon Detox**:

Shipping cost for free trial is $1.99. Use Coupon Code **LIFE99** (USA Only - *International Visitors use coupon code PRIVATE*) for a discounted shipping of only $0.99. This coupon expires on *December 03, 2009*

***This is key**. Use both for results like Cindy

**Cindy Johnson in the Media:**

weightloss product called the 'Acai berry'. As I watched he explained how no matter how hard you try to lose weight sometimes you just can't because you aren't eating the right ingredients; which in this case was the Acai berry. He explained how Acai can help you lose weight quickly with very little effort on your part.

Since time was running out on the show he quickly skipped along to the next 'weight loss miracle' which was doing a colon cleanse simply by taking natural pills.
He said that by flushing out your system with these pills, and getting rid of those toxins, it allows you to move food through without storing fat. (And also makes Acai more effective.) He explained, again, how doing a colon cleanse could help you lose extra weight. (Just like the Acai products promised.)

That's when the idea hit me…

Why not combine them for the maximum benefit? Although it had never been done before I was desperate and was willing to try anything that would work.

So here's what I did -

Step 1: **Acai Berry Detox**.

**Acai Berry Detox** is the first and most important part of my daily routine. It helped me do the following:

* Gave me a big boost of energy that lasts all day.
* Increased my metabolism.
* Made my skin glow as if I was 20 again.
* And it lifted the bags from under my eyes. (This is something almost no one talks about.)

Now **Acai Berry Detox** also has a free trial so women just like us can test it out. All you have to pay is a shipping cost of $1.99 Use Coupon Code **SAVE1** for a discounted shipping of only $0.99.



Step 2: **Nature Colon Detox**

**Nature Colon Detox** is the second crucial part of my routine. As **Acai Berry Detox** is helping boost my energy and balance my metabolism **Nature Colon Detox** is:

* Removing all that 'stuff' inside your colon.
* Removing all of those toxins in your body.
* Helping you lose all the water and fat in your colon.
* And making you look years younger and most importantly making you feel years younger as well.

**Nature Colon Detox** also has a limited time free trial. All you have to pay is for shipping which is $3.95 Use Coupon Code **LIFE99** for a discounted shipping of only $0.99.



http://cindysweightloss.com/[12/03/2009 2:07:23 PM]



**Advertisements**

**2009 Weightloss Diet Of The Year**
Lose An Incredible Amount Of Weight Effortlessly.
Read More

**How To Lose Weight Quickly**
A Great Diet To Lose Weight With! As Seen On CBS, FOX, CNN & ABC News.
Read More

**(Free) Rachel Ray Diet**
Lose Upto 9lbs A Week. Easily and Quickly.
Read More

**Lose Weight. Flatten Belly.**
Women All Over The World Have Lost Tons Of Weight With 1 Simple Rule. Obey.
Read More

**Weather**

Weather Forecast | Weather Maps

Acai & Colon in



Acai Berry: Fox35 Special

**Report**

This is the perfect combination of two great products that has helped me achieve massive weight loss pretty easily.

**My Weekly Results Journal:**

**Week One:** "After one week with the diet I was surprised to say that I started seeing some startling results. My energy level seemed to steadily climb each day during this first week, and surprisingly I also noticed that my appetite was subsiding every day. I truly ended the week feeling great, and I really did not feel like I was doing much different other that taking the **Acai Berry Detox** and **Nature Colon Cleanse** pills each day. But, the real test came when I jumped on the scale at the end of the week. I got another surprise. **I LOST 3 pounds**! I was completely surprised, and less than 160 lbs for the first time in years."

**Week Two:** "Beginning week two I did not know what to think. I definitely started the week off with a ton more energy than I did in week one. I noticed that my sleep schedule started to become more regular, and I wasn't waking up in the middle of the night like I had been doing for months. I could not tell if I was 'burning fat in my sleep', but all I know is that I was sleeping great during week two of the diet. The second week seemed to fly by too, and again it was time to hop on the scale. Like I said, I was skeptical this second week. But
I still **managed to lose another 2 pounds**."

**Week Three:** "At the start of week three I could not really notice any energy increases, but I also did not notice any energy decreases either. In past diets I would seem to lose motivation, but this was different. The diet was actually working. I continued to make the Acai Berry Detox and Colon Cleanse part of my daily routine, and just seem to go on with life as normal. Every week I seemed to be noticing something different and this week I started noticing that my skin looked better than it had in years. I did a little more research and found that the antioxidants and vitamin components in the Acai Berry has the added benefit of helping improve your skins health. At this point I might actually agree that this could truly be a 'Super Food'. And, after **losing another 3 pounds** I think I was truly convinced."

**Week Four:** "With the start of week four I can say that any skepticism that I had was long gone. Within **the first three weeks I had LOST 8 pounds**, seen an increase in my energy level, was sleeping like a baby, and truly just felt healthy. No wonder why people are writing all of these diet blogs. Acai Berry diets work! In the **last week I lost another 3 pounds**, making it a **total of 11 pounds**.

Update: I continued my regimen, and after 12 weeks I had reached my goal of losing 47lbs. Now I feel like Hot Momma!

I got my colon cleansing product and Acai supplements from these two places, they seemed like the best deals in town:

**Acai Berry Detox – Official Site**

**Nature Colon Detox – Official Site**

Live your life, and lose that weight,

Amanda

**Comments**

1. *Diane* says:
   Monday, August 17 2009 at 7:55 pm

   I saw her on the news. She rocks!

2. *Mariana* says:
   Monday, August 17 2009 at 8:33 pm

   I just found out that even Rachel Ray is promoting these products. I guess that's how she got so slim!

   I just ordered both free trials and they should be here any day.

   Thanks!

3. *Lauren* says:
   Monday, August 17 2009 at 9:12 pm

   I can't believe more women aren't talking about this!
   These products are worth their weight in gold. I lost 5 pounds this week already.

4. *Stephanie* says:
   Monday, August 17 2009 at 5:52 pm



Acai Health Benefits. America's #1 Superfood. Look younger and Live Longer and Healthier.



**Super foods: How to Balance your Body.**

Change your approach to living better. Why it is important to learn how to balance your diet.

**The Real Dangers of having a Toxic Colon**

Special CBS new report on the importance of colon health. Why it's important to remove toxins from your colon.



**Advertisements**



AcaiBerry Detox — the all natural cleanse



Is this for real? I have tried pretty much every diet under the sun. However, I must say, this one looks promising..

5. *Misty* says:
   Monday, August 17 2009 at 1:33 pm

   I really get off my butt and try this out. Ordering the free trials now.

6. *Valerie* says:
   Monday, August 17 2009 at 9:16 pm

   I really wasn't aware of the colon cleanse supplement. You learn something new everyday..

7. *Daniella* says:
   Monday, August 17 2009 at 11:33 am

   Holy cow Cindy! You just gave me the inspiration
   I needed. Wow! 😃

8. *Marjorie* says:
   Monday, August 17 2009 at 2:18 am

   I woudln't have believed if the before and after photos weren't posted..

9. *Alma* says:
   Monday, August 17 2009 at 9:11 am

   Has anyone tried this yet? Looks promising.

10. *Wanda* says:
    Monday, August 17 2009 at 9:47 am

    I have been using Acai berry diet supplement for the past 2 months, but will give colon cleanse a shot now.

11. *Sheilo* says:
    Monday, August 17 2009 at 9:52 am

    Well, I'm definitely interested… this could be just what I need right now.

**Leave a Reply**

Comments Closed Due To Spam (back soon)

---

\* S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically. We have linked away from our website directly to their terms and conditions pages. For the Acai Berry Detox terms and conditions, please click here. For the Nature Colon Detox terms and conditions, please click here.

\*WEIGHT LOSS CLAIM WARNING: This article and testimonials do not represent typical results. Photographs or images are depiction of individuals and weight loss methods. These weight loss examples are representative of some of the most successful participants in the program. Some individuals using the diets MAY NOT LOSE ANY WEIGHT AT ALL. These claims are not a guarantee of your weight loss, nor are they typical of average participants. Individual results will vary greatly and in accordance to your input, determination, hard work, and ability to follow directions. No person or company can guarantee weight loss. Any and all use of this website certifies you are agreeing to our Disclaimer

TERMS AND CONDITIONS
CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING: We are not affiliated in any way with CNN, WebTV, News Channel 7, ABC, NBC, CBS, U.S. News or FOX. CNN, WebTV, News Channel 7, ABC, NBC, CBS, U.S. News and FOX are all registered trademarks of their respective owners. ® All trademarks on this web site whether registered or not, are the property of their respective owners. The authors of this web site are not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.