\* S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically. We have linked away from our website directly to their terms and conditions pages. For the Acai Berry Detox terms and conditions, please click here. For the Nature Colon Cleanse terms and conditions, please click here.

Acai Berry Detox -comes with a fifteen (15) day free trial period ("Free Trial") with a shipping cost of $0.99  (the following was taken directly from their website) If You have any questions about Our Free Trial, please contact Our Customer Service Department toll-free at 1-866-949-0138. Our Customer Service Department is open twenty-four hours a day, seven days a week. Free Trial Policy: Our Free Trial policy requires You to understand certain important dates. The policy, and the important dates for You to know, are as follows: Beginning on the day that You place an order for a product ("Product") from the Website, Your fifteen (15) day Free Trial period begins ("Free Trial Period"). The Free Trial Period is calculated in calendar days, not business days. You will be shipped a thirty (30) day supply of the Product You ordered. Generally, Your Product is shipped 3 to 5 days after placing Your order. Delivery time is subtracted from Your Free Trial Period, and will reduce the number of days allocated to Your Free Trial Period. If You want to extend Your Free Trial Period due to slow postal delivery or delayed pickup, You must call Our Customer Service Department toll-free at 1-866-949-0138. Reasonable requests (as determined by FWM) to extend Your Free Trial Period generally will be granted.If You are satisfied with the Product and wish to continue to receive the Product on a monthly basis, You need do nothing else. Upon the expiration of the Free Trial Period, Your credit card will be billed for the full cost of the Product that You ordered (i.e., a thirty day supply). On the thirtieth day following the date You first ordered Your Product, FWM will send you another thirty (30) day supply of the Product, and the credit card You provided to us will be automatically billed for the Product. Unless You cancel this service, every thirty (30) days thereafter FWM will send you an additional thirty (30) day supply of the Product You ordered, and the credit card You provided to us will be automatically billed for the Product. If You are not satisfied with the Product and wish to cancel future deliveries of the Product, You must call Our Customer Service Department toll-free at 1-866-949-0138 prior to the expiration of the Free Trial Period and cancel Your order. You need not return the Product to FWM if You cancel within the Free Trial Period.

Nature Colon Cleanse Risk Free! – (the following was taken directly from their website) When you order the Trial of Nature Colon Cleanse your credit card will be charged $4.95 for shipping and handling of a 1 Month Supply of Colon Cleanse 3000. You will have 14 days from your original purchase date to decide if Nature Colon Cleanse is right for you. If you are enjoying Colon Cleanse 3000 do nothing and at the end of your 14 day trial period you will be charged the low rate of only $83.95 for the bottle you received. If you find Nature Colon Cleanse is not right for you, simply cancel within 14 days of your original purchase date and return the unused portion within 30 days of original order date and you will not be charged.

THE STORY DEPICTED ON THIS SITE AND THE PERSON DEPICTED IN THE STORY ARE NOT REAL. RATHER, THIS STORY IS BASED ON THE RESULTS THAT SOME PEOPLE WHO HAVE USED THESE PRODUCTS HAVE ACHIEVED. THE RESULTS PORTRAYED IN THE STORY AND IN THE COMMENTS ARE ILLUSTRATIVE, ANDMAY NOT BE THE RESULTS THAT YOU ACHIEVE WITH THESE PRODUCTS. THIS PAGE RECEIVES COMPENSATION FOR CLICKS ON OR PURCHASE OF PRODUCTS FEATURED ON THIS SITE.

Advertisement

# Tammy's Weight Loss Blog

Home

### About Me

Hi! I'm Tammy Fisher from San Francisco, CA and I have an amazing weight loss story that you need to read! I'm not a crazy gym rat, or wealthy celebrity who can afford personal trainers and dietitians. I'm just a wife and mom who stumbled upon this miraculous system that worked better than I had ever imagined!

### "Dynamic Duo" Free Trials

Step 1: **Acai Alive**
(Coupon code is already applied, and **reduces S&H to $2.86!**)
Step 2: **TriCleanse**
(Coupon code: **TC99 reduces S&H to only $2.47!**)



"Acai berries are among the most nutritious foods of the Amazon, rich in B vitamins, minerals, fiber, protein and omega-3 fatty acids. Acai berries also contain oleic acid (omega-9), a beneficial fatty acid."

### 6 Healthy Tips I Have Learned:

1. **Portion control!** There is no reason to pile food on your plate! Just take a reasonable amount, and you should be satisfied! Over-eating has always been a huge problem!

2. **Eat slowly.** I know when you are really hungry this can be hard, but if you take some time to chew everything slowly, you are less likely to over-eat. How crazy is that? Just slow down, and enjoy the food.

## I lost 48lbs in just 3 months using Acai berry combined with a colon detox cleanse supplement!

**By: Tammy Fisher**

Let me start off by introducing myself and my family. I have been married to my wonderful husband, Jason, for 13 years, and we have 3 beautiful children. Our oldest, Jessica, is 11 and participates in a club soccer league. Matthew, who's 9, is the pitcher for his little league team, and our youngest Ashley, 8, just got the lead in her school play!

I am so proud of all of them, but needless to say having three children who all participate in different activities can get pretty hectic. My husband and I actually have to write out schedules of when and where the kids need to be so we don't forget anything! With all this commotion going on **I was surprised that I was able to find a weight loss system that actually works!** While my results are not typical, I have seen **dramatic improvements to my body and health by using the products below**, along with proper diet and exercise.

 

So that's me on the left, at my heaviest, right before I learned about this miracle system. After using **Acai Alive** and **TriCleanse**, the pounds started melting away! You can try both these products for free, just like I did, but there's a catch! You have to order before December 4, 2009 to get them for free. So why wait? Get them before you have to pay!

### How I Put On the Weight...

I was never a tall skinny super model, but I was definitely fit. When I first met my husband I weighed 123lbs, and I felt like I was in the best shape of my life. After Jessica was born, I gained about 13lbs, but I managed to drop the weight especially during her terrible twos because I was chasing after her all over the house!

Soon after I dropped the baby weight I got pregnant again. I gained more weight, but this time wasn't able to drop it all before we decided for a third. After having three children I managed to gain 48 lbs! I love my children, and they have definitely added more meaning to my life, but I also wanted my body slightly back to where it was.

Before my dramatic change, I weighed 171lbs, and did not feel like I was in the right body. I started having really low self-esteem, and stopped going out with friends. This wasn't like me, so I decided I needed to go on a diet. I tried all the "wonder diets" like Atkins, South-Beach, Slim Fast, Nutra-System, but none of then seemed to work. I subscribed to weight loss magazines too, but achieved no long term results.

3. **If you don't like the food, don't eat it.** I know that sounds silly, but we tend to just eat whatever is in front of us, whenever it is there. But if you only eat what you really like, that will also cut down on your food intake.

4. **Don't park close to the store.** I know everyone wants the "prime" parking places, but it won't kill you to walk the extra few hundred feet from the car to the store.

5. **Switch it up!** Don't eat the same thing every week. Variety is the spice of life, and trying new things is good for your digestion as well!

6. **Eat as much fresh food as possible.** I know its tough sometimes, but be sure you aren't always eating packaged food. They tend to have much higher amounts of sodium and other bad things for you.

Sure, I'd lose 5-10 pounds here and there but they never stayed off. It was extremely annoying to feel like I was losing weight only to gain it back within a few weeks. The worst part was that I got so depressed I stopped trying and added on more weight! Finally, the heaviest I had ever gotten was to 186lbs and I felt like a complete stranger in my own body.

It's not like I was lazy and didn't move around. The truth is, my life was so busy/hectic I had no time to exercise! From taking the kids to and from school and activities, working at a desk job, and all the household duties, by the time I could even think about going to the gym, I was beyond exhausted to do anything else.

I was not lazy, I did not just sit around and eat all day. I had an extremely jam-packed life that had no time in it for gym sessions. I tried the diets, and there was nothing in them for me. I thought this was just going to be how I will look forever, until **I saw a TV show that essentially changed my life.**

**My simple TWO step miracle solution:**

**Step 1:**

Acai Alive is the first product I use, and is the most effective.

Acai Alive helps to:

- Fight hunger pains, causing you to not feel hungry
- Boost energy levels with the most natural vitamins and nutrients that can be found from one superfood
- Control my metabolism
- Tighten skin. Gives a boost to the natural collagen needed to keep skin cells young. I look younger because my skin, especially around my neck and face, is tightened up.

Taking one supplement in the morning and one at night did a total transformation on my body. I got a free 30-day trial of **Acai Alive**, and it worked so well, I had to buy it!

Not only are they offering a risk-free trial, but there is a pre-applied "promo code" that reduces shipping costs to only **$2.86!** But hurry because it's a limited-time offer!

**Step 2:**

TriCleanse is the second step in my method.

Though Acai Alive does wonders by itself adding TriCleanse to my routine gave me the total package. It helps to:

- Naturally remove the unhealthy 'gunk' found stuck to the walls in my colon.
- Get rid of fat more easily throughout my whole body because of my fully cleansed colon.
- Absorb Acai Alive better due to the clean colon.
- Lose more fat and take out the unhealthy toxins that can also be found built up in the gal bladder, liver, breast tissue, and pancreas.
- Continually flush out the toxins found in the body, with this ongoing cycle. With a healthy inner body, it will show on the outside, and transform you into a younger you!
- Easily drop pounds, tighten skin, boost energy levels, and regulate mood, blood pressure, and cholesterol levels, which will all make you look and feel 10 years younger!

I also take one supplement of TriCleanse in the morning and in the evening along with the Acai. This product also has their risk-free trial still running. I found a "promo code" for this product also. To lower your shipping cost this time to only **$2.47**, just type in the code **TC99** in the promo code box located on the second page during checkout.

**The results speak for themselves!**

With my free trial, I lost 31lbs, so I decided to actually buy the products, and am still using them today. **I have lost a total of 48lbs in three months**, by continually using these products. I am well on my way to my original weight from when I met my husband 15 years ago!

**I look and feel more revitalized.** I have more energy with my kids, my husband can't keep his hands off of me, and I feel more refreshed and young! I think I might look better than when I did in my twenties!

I wrote this blog to reach out to those who were like me, having a constant uphill battle with weight. Feeling young and healthy again has really changed my life and I hope my blog will change yours. If you are like how I was, always struggling with your weight, it's time to do something about it. Don't give up!

My method of combining both products worked so well for me, I know it will work for you! There's no reason not to try my method since the companies are still giving away their free trials! Just test the products out for yourselves, and you'll fall in love with them, just as I have.

Remember! Order both Acai Alive **and** TriCleanse for optimum results. Since both products are still offering their free trials, why wouldn't you want to make a total body transformation? Just pay the cost of shipping and handling, under $5, and be on your way to a new you!

**For a Free Bottle of Acai Alive - Click Here**
(expires December 4, 2009 ).