Eisenbarth v. FWM Laboratories, Inc. et al

Doc. 1 Att. 5

Don't forget the promo code is already pre-applied to reduce shipping to **$2.86**!

### For a Free Bottle of TriCleanse - Click Here
(expires December 4, 2009 )
Don't forget to use the promo code: **TC99** to reduce shipping to **$2.47**.



Copyright ® 2009. All rights reserved.

* The free trials of the Acai berry and TriCleanse worked for me and for many other people, but results may vary by person. Also, keep in mind that I got free trials of the Acai Berry and TriCleanse supplements for free, but there is a shipping fee and some advertisers have terms regarding continued billing after trial expires if you do not cancel. Some advertisers require trial to be canceled within fourteen days of the trial period while some other advertisers give you thirty days to cancel the free trial. Please see terms per advertiser regarding the specific amount of days required to cancel your free trial before continued billing begins. The Acai and Colon products I recommend usually retail for around eighty dollars. If you enjoy the products, simply do nothing. You will be billed at a discounted price, usually around seventy dollars at the end of the free trial period. I UNDERSTAND THAT THIS CONSUMER TRANSACTION INVOLVES A NEGATIVE OPTION AND THAT I MAY BE LIABLE FOR PAYMENT OF FUTURE GOODS AND SERVICES, UNDER THE TERMS OF THIS AGREEMENT, IF I FAIL TO NOTIFY THE SUPPLIER NOT TO SUPPLY THE GOODS OR SERVICES DESCRIBED.

Acai Alive - As an added benefit to you, Acai Alive reserves the right to temporarily reduce the price of each product to forty dollars ($40.00), without prior notice to you, for promotional purposes or to ensure that payment is received by Acai Alive. If Acai Alive modifies its prices downward as described herein, You will be billed at such reduced price until the promotional period ends or Acai Alive is assured of payment by your credit card processor, after which time the Product price will be restored to its normal rate, or $87.13. Downward modified or promotional prices may be restored to normal rates without prior notice to you. You will be shipped a thirty (30) day supply of the product you ordered. Generally, your product is shipped 3 to 5 days after placing your order. Delivery time is subtracted from your free trial period, and will reduce the number of days allocated to your free trial period. If you want to extend your free trial period due to slow postal delivery or delayed pickup, You must call our Customer Service Department toll-free at 1-866-949-0138. Reasonable requests (as determined by Acai Alive) to extend your free trial period generally will be granted.

TriCleanse - We are so confident that you will love TriCleanse that we are not only going to give you a trial period, but a RISK FREE 12 day money back guarantee. You will have 12 days from the date of your order to evaluate the product. If you decide you are unhappy with the product, cancel at any time during that 12 day period and pay nothing except shipping and handling. If you do not cancel, you will receive every 30 days a fresh one-month supply of TriCleanse as part of our delivery program, for which you will be automatically billed $92.31 per month (a 21% savings off the regular price!) There are no obligations, and you can cancel at anytime via our customer support line. 1-877-350-8480.

1. Results are not typical and will vary from person to person.
2. Celebrities neither endorse nor sponsor any of the products and/or services on this website.
3. www.tammy-weight-loss.com is not affiliated in any way with AOL Health, CNN.com, USA Today, Web MD, 60 Mintues, FOX news, Dr. Oz, CBS New, Rachael Ray or ABC and is a registered trademark of their respective owners.

# Tammy's Story on Weight Loss

Home

### About Me

Hi! I'm Tammy Fisher from San Francisco, CA and I have an amazing weight loss story that you need to read! I am not a crazy gym rat, or some wealthy celebrity who can afford to dish out an arm and a leg for personal trainers and dietitians. No instead I'm just a wife and mom who stumbled upon this miraculous system that worked better than I had ever imagined!

**"Dynamic Duo" Free Trials**

Step 1: Acai Ultimate
Step 2: Acai 3000

**Acai 3000 With Dr.Oz:**



Dr. Mehmet Oz on the Oprah Show: "I mean, their bodies are screaming to them," Dr. Oz says of Susan and Maureen's health. "'Help me. Help me.' Their colon is saying, 'I need cleansing.' And they're not processing it. We are the best health educated society in the history of mankind but we don't take information and use it to motivate us to change our behavior"

**Acai Berry on CBS News:**



"Acai berries are among the most nutritious foods of the Amazon, rich in B vitamins,

## Even with my chaotic life I lost 48 lbs using this amazing system!

**By: Tammy Fisher**

Let me start off with introducing myself and my family. I have been married to my wonderful husband Jason for 17 years, and we have 3 beautiful children. Our oldest Jessica, is 14 and participates in a club soccer league. Matthew, who's 11, is the pitcher for his little league team, and our youngest Ashley just got the lead in her school play! And while my results are not typical, using the products below, along with a healthy regimen of diet and exercise, have lead to dramatic results for me.

I am so proud of all of them, but needless to say having three children who all participate in different activities can get pretty hectic. My husband and I actually have to write out schedules of when and where the kids need to be so we don't forget anything! With all this commotion going on I was surprised that I was able to find a weight loss system that actually worked!



So that's me on the left, at my heaviest, right before I learned about this miracle system. After using Acai Ultimate and Acai 3000, the pounds started melting away! You can try both these products for free, just like I did, but there's a catch! You have to order before July 30, 2009 to get them for free. So why wait? Get them before you have to pay!

**How I managed to put on the pounds in the first place.**

I was never a tall skinny super model, but I was definitely fit. When I first met my husband I weighed 123lbs, and I felt like I was in the best shape of my life. After Jessica was born, I gained about 13lbs, but I managed to drop the weight especially during her terrible twos because I was chasing after her all over the house!

Soon after I dropped the baby weight I got pregnant again. I gained more weight, but this time wasn't able to drop it all before we decided for a third. After having three children I managed to gain 48 lbs! I love my children, and they have definitely added more meaning to my life, but I also wanted my body slightly back to where it was.

Before my dramatic change, I weighed 171lbs, and did not feel like I was in the right body. I started having really low self-esteem, and stopped going out with friends. This wasn't like me, so I decided I needed to go on a diet. I tried all the "wonder diets" like Atkins, South-Beach, Slim Fast, Nutra-System, but none of then seemed to work. I subscribed to weight loss magazines too, but still got no long term results.

Sure, I'd lose 5-10 pounds here and there but they never stayed off. It was extremely annoying to feel like I was losing weight only to gain it back within a few weeks. The worst part was that I got so depressed I stopped trying and added on more weight! Finally, the heaviest I had ever gotten was to 186lbs and I felt like a complete stranger in my own body.