Tammy's Fat Loss

minerals, fiber, protein and omega-3 fatty acids. Acai berries also contain oleic acid (omega-9), a beneficial fatty acid."

**Acai Berry on Rachael Ray:**



Rachael Ray Show: "It may seem odd to start this list of superfoods with one you've likely never even heard of. But studies have shown that this little berry is one of the most nutritious and powerful foods in the world! Acai (ah-sigh-ee) is the high-energy berry of a special Amazon palm tree. Harvested in the rainforests of Brazil, acai tastes like a vibrant blend of berries and chocolate. Hidden within its royal purple pigment is the magic that makes it nature's perfect energy fruit. Acai is packed full of anti-oxidants, amino acids and essential fatty acids."

**6 Healthy Tips I Have learned:**

1. Portion control! There is no reason to pile food on your plate! Just take a reasonable amount, and you should be good! Overeating has always been a huge problem!

2. Eat slowly. I know when you are really hungry that can be hard, but if you take time and chew everything slowly, you are less likely to overeat. How crazy is that? Just slow down, and enjoy the food.

3. If you don't like the food, don't eat it. I know that sounds silly, but we tend to just eat whatever is in front of us, whenever it is there. But if you only eat what you really like, that will also cut down on your food intake.

4. Don't park close to the store. I know everyone wants the "prime" parking places, but it won't kill you to walk the extra few

It's not like I was lazy and didn't move around. Truth is my life was so crazy I had no time to exercise! From taking kids to and from school and activities, working at a desk job, and just all my other household duties, by the time I would even think about going to the gym, I was so exhausted from the day.

I was not lazy, I did not just sit around and eat all day. I had an extremely jam-packed life that had no time in it for gym sessions. I tried the diets, and there was nothing in them for me. I thought that this is just going to be how I will look forever, until I saw a TV show that essentially changed my life.

**A TV show changed my life!**

On the Oprah Show, Dr. Mehmet Oz (most people know him simply as Dr. Oz) was on talking about a new superfood called Acai berry. This Doctor actually is pretty reliable as he is the vice-chair and professor of surgery at Columbia University. He has authored over 400 original publications, medical books, and journals. And also I don't think that Oprah would tarnish her good name by having someone on her show who didn't know what he was talking about.

I new this was not one of the "too good to be true" products. Anyway, Dr. Oz explained that Acai berry, originally found in the Amazon Rainforest, is more potent, and powerful that red wine or pomegranates. And now they have developed all the nutrients inside those berries into easy to take supplements. **The amazing thing about Acai is that, not only is it healthy, but it helps to lose weight by raising energy levels and reducing hunger!**

Not only was **Acai** featured on Oprah, but I started seeing stories about this wonder berry on ABC, CNN, CBS, the Wall Street Journal, and even Rachel Ray used it, and you can definitely see the difference!

Soon after, I saw Dr. Oz on another show talking about another breakthrough in the weight loss realm. He was explaining how your colon can keep years worth of gunk in it trapping in lots of nasty toxins that can be extremely unhealthy for you. He explained that using a Acai 3000 product is a perfect way to get rid of that gunk, and can also help boost weight loss, because it flushes out all those unwanted toxins.

It sounds pretty gross, but this gunk is basically a thick tar-like slime that gets stuck to the walls of your colon, and leads to those extra pounds especially found in your midsection. Just like Acai, there are products that come in a supplement form that can naturally clean out your colon and get rid of all that gunk.

Dr. Oz says that no matter how much exercising you do, you will never get to your optimal weight because your body will still have those toxins in you. By taking the right supplements to cleanse and energize your body you will be able to get on the weight loss fast track. I figured that the reason I could never keep a diet going is because I did not take all the steps needed for weight loss. **Dr. Oz explained that cleansing your body from all the slime would automatically drop pounds fast that diet or exercise would never be able to do.**

I knew that I could trust Oprah and Dr. Oz and even all those news stories I heard, because they do not own the product or are trying to make profit off of it, they are just trying to inform the public. There are fabulous health benefits of taking Acai and Acai 3000 supplements, and I think we can be on our way to a healthy America because we are learning more and more about healthy weight loss.

Rachel Ray has even told the public she used this supplement and she looks incredible!

**My Fat Loss Method; Acai Ultimateand Acai 3000**

**Acai X3** and **Acai 3000** are the two products that Dr. Oz spoke about on the Oprah show. They are usually sold separately because they are completely different products. But I figured if they both do the job in different ways, I could use them together to tackle all problem areas at once! I did some of my own research on how to get these products and because I am not a rich woman, I could not afford to spend lots of money.

I searched the net and I found some great free trials to test so I could make sure they actually worked before buying them.

I still use the products I once tried for free and they continue to work wonders for me. **Acai Ultimate**and **Acai 3000** are my keys to getting back in shape.

**My simple TWO step miracle solution :**

**Step 1:**

**Acai Ultimate** is the first product I use and is the most affective

**Acai Ultimate** helps to:

- Fight hunger pains, causing you to not feel hungry
- Boost energy levels with the most natural vitamins and nutrients that can be found from one superfood
- Control my metabolism
- Tighten skin. Gives a boost to the natural collagen needed to keep skin cells young. I look younger because my skin, especially around my neck and face, is tightened up.

Taking one supplement in the morning and one at night did a total transformation on my body. I got a free 30-day trial of **Acai Ultimate**, and it worked so well, I had to buy it!

hundred feet from the car to the store.

5. Switch it up! Don't eat the same thing every week. Variety is the spice of life, and trying new things is good for your digestion as well!

6. Eat as much fresh food as possible. I know its tough sometimes, but be sure you aren't always eating packaged food. They tend to have much higher amounts of sodium and other bad things for you.

**Step 2:**

Acai 3000 is the second step in my method.

Though Acai Ultimate does wonders by itself adding Acai 3000 to my routine gave me the total package. It helps to:

- Naturally remove the unhealthy "gunk" found stuck to the walls in my colon.
- Get rid of fat more easily throughout my whole body because of my fully cleansed colon.
- Absorb Acai Ultimatebetter due to the clean colon.
- Lose more fat and take out the unhealthy toxins that can also be found built up in the gal bladder, liver, breast tissue, and pancreas.
- Continually flush out the toxins found in the body, with this ongoing cycle. With a healthy inner body, it will show on the outside, and transform you into a younger you!
- Easily drop pounds, tighten skin, boost energy levels, and regulate mood, blood pressure, and cholesterol levels, which will all make you look and feel 10 years younger!

I also take one supplement of Acai 3000 in the morning and in the evening along with the Acai. This was also a free trial, and is the last part to my weight loss system.

**The results speak for themselves!**

With my free trial, I lost 31lbs! I decided to actually buy the products and am still using them today. **I have lost a total of 48lbs in three months**, since continually using these products. I am well on my way to my original weight from when I met my husband 18 years ago!

**I look and feel more revitalized.** I have more energy with my kids, my husband can't keep his hands off of me, and I feel more refreshed and young! I think I might look better than when I did in my twenties!

I wrote this blog to reach out to those who were like me, having a constant uphill battle with weight. Feeling young and healthy again has really changed my life and I hope my blog will change yours. If you were like me, always struggling with your weight, it's time to do something about it. Don't give up!

My method of combining both products worked so well for me, I know it will work for you! There's no reason not to try my method since the companies are still giving away their free trials! Just test the products out for yourselves, and I know you will fall in love with them, just like I did.

Remember! Order both Acai Ultimate and Acai 3000 for optimum results. Since both products are still offering their free trials, why wouldn't you want to make a total body transformation? Just pay the cost of shipping and handling, under $5, and be on your way to a new you!

**For a Free Bottle of Acai Ultimate- Click Here**
(expires July 30, 2009 )

**For a Free Bottle of Acai 3000 - Click Here**
(expires July 30, 2009 )

**Most Recent Comments**

Sally (December 28, 2008):
After I bought my wedding dress of course I gained a million pounds. We put the wedding back a few months because I am determined to lose at least twenty pounds. I think I really found a solution to look good at my wedding. Thanks so much!!!!

Jessica (December 29, 2008):
It's really brave of you to put this out for the public to see. You better believe I would never let anyone know what I weight right now. I really feel your pain, though. It's so hard to lose weight on those crazy diets. Which I know because I've been there.

Tammy (December 30, 2008):
Sally, Good luck, girl, I know you can do it!

Tammy (December 31, 2008):
Jessica, I really just want to help people who are in a place that I understand firsthand. This was really it for me, and I hope it can be for others, too.

Isis (December 31, 2008):
I heard something about a product that controlled your hunger being on Oprah. I'm so glad I know more about it now.. it's really cool that it's all natural, too.

Jeannie (December 31, 2008):
I have some baby weight to get rid of. Is this stuff safe for someone who is breast feeding?

Timothy (January 2, 2009):
My wife tried this stuff first, and since I eat what she makes we ended up doing the whole diet thing together. I got my own trial, and I ended up losing fifteen lbs the first month. We joined a gym together too, because we had so much energy and needed to do something with it!

Kelly (January 2, 2009):
This is so crazy- I can't believe you had all of that on your plate and you still managed to lose so much weight! Did the Acai and colon stuff really do all of that?

Tammy (January 3, 2009):
Jeannie, I'm not a doctor so I couldn't say. It is all natural, but if I were you I'd check with your health professional.

Tammy (January 3, 2009):
Kelly, the Dynamic Duo really put my life into perspective. Once I realized how great it felt to be healthy, diet in exercise fell into place. It didn't hurt that my energy levels were way up, either.

Linda (January 4, 2009):
I am really at my wits end with dieting. I thought I couldn't do it anymore, but this sounds like it could be worthwhile.

Christine (January 4, 2009):
will this really work for anyone? a teenager? my grandma? my idiot brother?

Claire (January 5, 2009):
I started the Dynamic Duo a while ago and it really changed the way I think about food and diet. I used to eat whatever I felt like, but eating well and exercising makes me feel so much better than I ever did before! Acai really tastes great, and now it's a regular staple of my diet.

Tony (January 7, 2009):
Believe it or not I've been looking for samples of this stuff for a while and couldn't find any in stock. Thanks for posting about this, Tammy.

Tammy (January 7, 2009):
haha Christine. My husband has been losing weight so far on the diet. So it works on guys also. I've also had comments from many older women who have been getting great results.

Tammy (January 8, 2009):
Good luck, Linda! If I can do it, you can too!

Donna (January 8, 2009):
I like that it is all natural. And acai really is very very good for you. I'm going to try and lose as much as I can during the first 30 days!

Tanya (January 9, 2009):
Geez, Tammy, that is so great for you! It may sound strange, but I feel proud for you. You must feel so accomplished.

Jaime (January 10, 2009):
I think I am going to get my boyfriend to do this with me. Will it be different for guys?

Tammy (January 10, 2009):
Hi Jaime, I guess guys tend to lose weight a little easier. I know my husband is a bit of a bottomless pit who never seems to gain a pound. That's probably the only difference. And Tanya, thanks! I really worked for it!

Tina (January 10, 2009):
This sounds like it'll be perfect for what I'm planning for my New Year's resolution. That is, to lose 25 pounds! I can't wait to get started.

John (January 11, 2009):
When I started taking the Acai 3000, I thought I would be in the bathroom all day or something. But, it turned out to be nothing like that. Thanks again!

Copyright © 2009. All right reserved.

* The free trials of the Acai berry and Acai 3000 worked for me and for many other people, but results may vary by person. Also, keep in mind that I got free trials of the Acai Berry and Acai 3000 supplements for free, but there is a shipping fee and some advertisers have terms regarding continued billing after trial expires if you do not cancel. Some advertisers require trial to be canceled within fourteen days of the trial period while some other advertisers give you thirty days to cancel the free trial. Please see terms per advertiser regarding the specific amount of days required to cancel your free trial before continued billing begins. The Acai and Colon products I recommend usually retail for around eighty dollars. If you enjoy the products, simply do nothing. You will be billed at a discounted price, usually around seventy dollars at the end of the free trial period. I UNDERSTAND THAT THIS CONSUMER TRANSACTION INVOLVES A NEGATIVE OPTION AND THAT I MAY BE LIABLE FOR PAYMENT OF FUTURE GOODS AND SERVICES, UNDER THE TERMS OF THIS AGREEMENT, IF I FAIL TO NOTIFY THE SUPPLIER NOT TO SUPPLY THE GOODS OR SERVICES DESCRIBED.

Acai Ultimate-To help you get started, we offer a 14-day free trial of the Acai Ultimate with enrollment in our home delivery program. You can try Acai Ultimate risk free to determine for yourself if this product is right for you. When you submit your order, you agree to pay the non-refundable shipping & handling charge of $4.95 for your free trial bottle. If you find that the product is not right for you, simply call our Customer Service Center at 1-866-762-8701 or send an email to info@acainutraburst.com to cancel before the end of your 14-day trial period and you will not be charged anything else. Your 14-day trial period begins when you place your order and includes processing, shipping, and transit time. If you do not receive your free trial bottle within five (5) days of ordering, please contact our Customer Service Center at 1-866-762-8701 or by email at info@acainutraburst.com. If you do not cancel before the end of your 14-day trial period, we will ship you a 30-day supply of Acai Ultimate on the 15th day after you placed your order and every thirty (30) days thereafter until you choose to cancel these continuing shipments. No further notice will be sent to you. Upon shipment each thirty (30) days, we will automatically charge the credit card you used to order your free trial bottle the price of $69.99 per bottle plus $4.95 shipping & handling for a total monthly charge of $74.94 per month, plus any taxes that apply.

Bromacleanse - Details on your free 12-day trial of Bromacleanse: Customers who order this product will automatically be enrolled in a 12-day free trial of Bromacleanse and receive in the mail a full 30 day supply bottle of Bromacleanse. Your 12 day trial begins 3 days from today to allow time for shipping. After the 12 day free trial, Customers will be charged $79.95 for your initial 30 day supply unless you cancel within the 12 day trial period. Customers will be billed $79.95 again 30 days from the date of sign up and each month thereafter to replenish customers supply of product on the same credit card the Customer used for the shipping and handling. The $79.95 charge will show up on credit card statements with the name DRI*Bromacleanse. The subscription will continue unless the Customer cancels. Customers may cancel at any time - even before the first shipment of the Bromacleanse and avoid incurring any financial obligation (other than shipping and handling) - by calling 877-499-6482 or online at www.verifyyourorder.com, or by writing to Bromacleanse, Bromacleanse P.O. Box 2818-BRCL Riverton, Ut 84065. If consumers cancel at any time during the 12 day free trial they may keep the first bottle of Bromacleanse. Applicable Local Sales Tax will be added for following states CO, GA, IL, IA, MN, NE, UT

1. Results are not typical and will vary from person to person.
2. Celebrities neither endorse nor sponsor any of the products and/or services on this website.
3. Tammy-weight-loss.com is not affiliated in any way with AOL Health, CNN.com, USA Today, Web MD, 60 Mintues, FOX news, Dr. Oz, CBS New, Rachael Ray or ABC and is a registered trademark of their respective owners.